**Samuel E. HALEY, Jr.,**
**Plaintiff–Appellant**

v.

**Anthony HAYNES et al., Defendants–**
**Appellees.**

No. 14–3815.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 7, 2015.

Filed: May 13, 2015.

Samuel E. Haley, Jr., Springfield, MO, pro se.

Stacey E. McCord, U.S. Attorney's Office, Little Rock, AR, for Defendants–Appellees.

1. The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas, adopting the report and recom-

Before WOLLMAN, LOKEN, and BENTON, Circuit Judges.

·PER CURIAM.

Federal parolee Samuel Haley appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition in which he challenged the calculation of his sentence, alleged violations of the Interstate Agreement on Detainers Act, and raised a double jeopardy claim. Following careful review of the record and the parties' briefs, we affirm for the reasons stated in the district court's order. *See* 8th Cir. R. 47B.

mendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.